JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AIG EUROPE S.A., as subrogee of IRISH BANKING RESOLUTION CORPORATION LTD (in special liquidation), formerly known as ANGLO IRISH BANK CORPORATION LIMITED,<br><br>PLAINTIFF,<br><br>V.<br><br>GERARD MCCAUGHEY; SOPHIE MCCAUGHEY and JOHN DOES 1 through 50,<br><br>DEFENDANTS. | CASE NO. 2:22-CV-00588-MWF(JEMx)<br><br>JUDGMENT GRANTING PLAINTIFF AIG EUROPE, S.A.'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff, AIG EUROPE S.A.'s, ("AIGEU") Motion for Summary Judgment came on for hearing on February 6, 2023. Based upon the papers on file and the arguments of counsel, the Court rules as follows:

1. AIGEU's Motion for Summary Judgment is **GRANTED**.

2.    Judgment is entered against Mr. McCaughey in the amount of €3,646,735.30 plus interest at the rate of 2%, accruing from March 30, 2020 to present.

3.    Hereafter, the judgement will accrue interest at the post-judgment statutory rate governed by 28 U.S.C. § 1961.

4.    This judgment is a debt of Mr. McCaughey within the meaning of California Family Code section 910, and therefore Mr. and Ms. McCaughey's community estate is jointly liable for the judgment. The scope of this judgment does not include the separate property of Ms. McCaughey.

**IT IS SO ORDERED.**

DATED: March 7, 2023

_____
Michael W. Fitzgerald
U.S. District Court Judge